THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY L. MAGEE, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Allegany County Court, Feeman, Jr., J.—felony driving while intoxicated.) Present—Dillon, P. J., Boomer, Pine, Davis and Lowery, JJ.